# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **GRAND BOULE OF SIGMA PI PHI FRATERNITY,** a Pennsylvania Non-Profit Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No**. |
| v. | ) ) ) | |
| **LOREN R. DOUGLASS,** an individual, | ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES



































Dated: May 30, 2025.

Respectfully submitted,

/s/ *Tate Gray*
K. Tate Gray
Georgia Bar No. 919123
Reed Smith LLP
999 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309
Telephone: (470) 947-5813
Facsimile: (470) 947-5799
Email: tate.gray@reedsmith.com

-and-

A. Scott Bolden (*pro hac vice* forthcoming)
DC Bar No. 428758
Reed Smith LLP
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: abolden@reedsmith.com

-and-

Lloyd J. Jordan (*pro hac vice* forthcoming)
DC Bar No. 480203

Motley Waller LLP
300 New Jersey Ave NW #300,
Washington, DC 20001
Telephone: (202) 347-0179
Email: lloyd.jordan@motleywaller.com

*Attorneys for Grand Boule of Sigma Pi Phi Fraternity*

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1 (C).

Respectfully submitted this 30th day of May 2025.

*/s/ K. Tate Gray*
K. Tate Gray
Georgia Bar No. 919123