# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **GRAND BOULE OF SIGMA PI PHI FRATERNITY,** a Pennsylvania Non-Profit Corporation, | ) ) ) ) | |
| | ) | **Civil Action No**. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **LOREN R. DOUGLASS,** an individual, | ) ) ) | |
| Defendant. | | |

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

## EXHIBITS

















































































































