UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GRAND BOULE OF SIGMA PI PHI FRATERNITY,** a Pennsylvania Non-Profit Corporation, <br><br> Plaintiff, <br><br> v. <br><br> **LOREN R. DOUGLASS,** an individual, <br><br> Defendant. | Civil Action No. 1:25-cv-02975-SDG |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion to File Complaint Under Seal ("Motion"). Having reviewed the Motion and the accompanying Memorandum of Law, the Court finds that Plaintiff has demonstrated good cause to file its Complaint and the exhibits thereto (collectively, the "Complaint") under seal.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to File Unredacted Complaint Under Seal is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to file and maintain the unredacted Complaint and all unredacted exhibits attached thereto under seal until further Order of this Court.

3. This Order does not preclude any party from moving to unseal the unredacted Complaint, or portions thereof, at a later date upon a proper showing.

**SO ORDERED**, this _____ day of _____, 2025.

_____
Judge