UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GRAND BOULE OF SIGMA PI PHI FRATERNITY,** a Pennsylvania Non-Profit Corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 1:25-cv-02975-SDG** |
| v. | ) ) ) | |
| **LOREN R. DOUGLASS,** an individual, | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, the Grand Boule of Sigma Pi Phi Fraternity, files the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to L.R. 3.3, and respectfully shows the Court as follows:

*(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:*

Grand Boule of Sigma Pi Phi Fraternity

Loren R. Douglass, an individual

1

*(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:*

None

*(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:*

<u>Plaintiff's</u>

K. Tate Gray of Reed Smith LLP

Lloyd J. Jordan of Motley Waller LLP

A. Scott Bolden of Reed Smith LLP

*(4) Because this action is based on diversity jurisdiction under 28 U.S.C. § 1332(a), the undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:*

Grand Boule of Sigma Pi Phi Fraternity (Pennsylvania & Georgia)

Loren R. Douglass, an individual (Florida)

Respectfully submitted on May 30, 2025

*/s/ K. Tate Gray*
K. Tate Gray
Georgia Bar No. 919123
Reed Smith LLP
999 Peachtree Street, NE
Suite 2500
Atlanta, GA 30309
Telephone: (470) 947-5813
Facsimile: (470) 947-5799
Email: tate.gray@reedsmith.com

-and-

A. Scott Bolden (*pro hac vice* forthcoming)
DC Bar No. 428758
Reed Smith LLP
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
Email: abolden@reedsmith.com

-and-

Lloyd J. Jordan (*pro hac vice* forthcoming)
DC Bar No. 480203
Motley Waller LLP
300 New Jersey Ave NW #900,
Washington, DC 20001
Telephone: (202) 347-0179
Email: lloyd.jordan@motleywaller.com

*Attorneys for Grand Boule of Sigma Pi Phi Fraternity*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1 (C).

Respectfully submitted this 30th day of May 2025.

/s/ K. Tate Gray
K. Tate Gray
Georgia Bar No. 919123

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of Georgia using the CM/ECF system, and that the same will be served via HAND DELIVERY to:

Loren R. Douglass

6410 Sand Lake Sound Road, Orlando, Florida 32819

/s/ K. Tate Gray
K. Tate Gray
Georgia Bar No. 919123